*DF*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GEORGE REILLY and VITO GIACHETTI,
as Co-Chairmen of the Board of Trustees of
the PLUMBERS LOCAL UNION NO.1
WELFARE FUND, ADDITIONAL
SECURITY BENEFIT FUND, VACATION
& HOLIDAY FUND, TRADE EDUCATION
FUND AND 401(k) SAVINGS PLAN,
MARTIN MADDALONI and CHARLES
CARLSON, as Co-Chairmen of the Board of
Trustees of the INTERNATIONAL
TRAINING FUND and GEORGE REILLY,
as Business Manager of LOCAL UNION
NO. 1 OF THE UNITED ASSOCIATION OF
JOURNEYMEN AND APPRENTICES OF
THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND
CANADA,



          Plaintiffs,

- against -

J.P. COURY, INC. and JOHN COURY,

          Defendants.
----------------------------------------------------------X

**ORDER**

03 CV 1796 (NG)(JMA)

GERSHON, United States District Judge:

      The Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted. Plaintiffs are awarded damages in the sum of $29,790.11, attorney's fees in the sum of $8,421.08, and costs in the sum of $205.00, for a total of $38,416.19.

                                      SO ORDERED.

                                      /s/

Dated: Brooklyn, New York       **NINA GERSHON**
       November 14, 2005          **United States District Judge**